HOLLAND & KNIGHT LLP
Charles L. Coleman, III [California Bar No. 65496]
50 California Street, 28th Floor
San Francisco, California 94111
Tel.: (415) 743-6900
Fax.: (415) 743-6910
Email: charles.coleman@hklaw.com

HOLLAND & KNIGHT LLP
Christopher G. Kelly (*pro hac vice*)
Alan Reitzfeld (*pro hac vice*)
Judith R. Nemsick (*pro hac vice*)
31 West 52nd Street
New York, NewYork 10019
Tel.: (212) 513-3200
Fax.: (212) 385-9010
Email: christopher.kelly@hklaw.com
　　　　alan.reitzfeld@hklaw.com
　　　　judith.nemsick@hklaw.com

Attorneys for Defendant
SOCIÉTÉ AIR FRANCE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| HAMPTON HARRIS, Individually, and as Independent Administrator of the Estate of MICHAEL HARRIS, Deceased; and ANDREW MUSGROVE, Individually and as Independent Administrator of the Estate of ANNE HARRIS,<br><br>　　　　　　Plaintiffs,<br><br>vs. | This Document Relates To:<br>Case No. 3:10-cv-1936-CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

1  SOCIÉTÉ AIR FRANCE; AIRBUS S.A.S.;
   HONEYWELL INTERNATIONAL, INC.;
2  ROCKWELL COLLINS, INC.; and
   THALES AVIONICS, S.A.,
3
4               Defendants.
5
6
7       IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs
8  and Defendant Société Air France ("Air France") that Plaintiffs' claims against all defendants in this
9  action are dismissed with prejudice and without interest or costs to any party. The dismissal of the
10 Plaintiffs' claims is without prejudice to any claims which have been or could be asserted by Air
11 France against any other defendant. All rights of indemnity, contribution, subrogation or other
12 derivative claim that Air France may have against any other defendant, whether the claim is known
13 or unknown, is expressly preserved. On January 11, 2011, the circuit clerk for the U.S. Court of
14 Appeals for the Ninth Circuit issued an Order dismissing the docketed appeal as to the other
15 captioned defendants pursuant to Federal Rule of Appellate Procedure 42(b), such Order to act as
16 and for the mandate of the Court of Appeals as to those defendants.
17
18 Dated: May 18th, 2011
19
20
21 MITHOFF LAW FIRM                           HOLLAND & KNIGHT LLP
22
23 By: /s/ Richard Mithoff                    By: /s/ C M Kelly
      Richard Mithoff                            Christopher G. Kelly, Esq.
24    500 Dallas Street, Suite 3450              31 West 52nd Street
      Houston, Texas 77007                       New York, New York 10019
25    Tel.: (713) 654-1122                       Tel.: (212) 513-3200
      Fax.: (713) 739-8085                       Fax.: (212) 385-9010
26    Email: rmithoff@mithofflaw.com             Email: christopher.kelly@hklaw.com
27
28              - and -                                     - and -

STIPULATION AND [PROPOSED] ORDER                              MDL Docket No. 10-2144-CRB
OF DISMISSAL WITH PREJUDICE                                   Case No. 3:10-cv-1936-CRB

| | |
|---|---|
| BECK, REDDEN & SECREST, LLP<br>Russell Post<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010-2010<br>Tel.: (713) 951-3700<br>Fax.: (713) 951-3720<br>Email: rpost@brsfirm.com | HOLLAND & KNIGHT LLP<br>Charles L. Coleman, III<br>[California Bar No. 65496]<br>50 California Street, 28th Floor<br>San Francisco, California 94111<br>Tel.: (415) 743-6900<br>Fax.: (415) 743-6910<br>Email: charles.coleman@hklaw.com<br><br>*Attorneys for Defendant*<br>*Société Air France* |

WALKUP, MELODIA, KELLY & SCHOENBERGER
Khaldoun Baghdadi
650 California Street, 26th Floor
San Francisco, California 94108
Tel.: (415) 981-7210
Fax: (415) 391-6965
Email: kbaghdadi@walkuplawoffice.com

*Attorneys for Plaintiffs Hampton Harris and Andrew Musgrove*

**IT IS SO ORDERED.**

Dated: May 19, 2011

_____
Hon. Charles R. Breyer



#10317335_v3

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 3:10-cv-1936-CRB

- 3 -